**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NEWCOURTLAND,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-196** |
| | : | |
| **KEYSTONE FIRE PROTECTION CO.** | : | |

# ORDER

**AND NOW**, this 29th day of January 2021, upon considering Plaintiffs' Motion to remand (ECF Doc. No. 2), Defendant's Opposition (ECF Doc. No. 4), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motion to remand (ECF Doc. No. 2) is **GRANTED** and the Clerk of Court shall forthwith **REMAND** this action to the Prothonotary of the Court of Common Pleas of Philadelphia County and **close** this action in this District.

_____
**KEARNEY, J.**